# Exhibit A

Exhibit A - List of Plaintiffs and Computation of Damages

| ProviderID | First Name | Last Name | County | State | PhoneNumber | Messages Started | Unsubscribed On | Do Not Call Registration | ATDS Weeks | ATDS Messages | ATDS Claims | DNCR Weeks | DNCR Messages | DNCR Claims | Total Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7812771 | Omhar | Acuna | Cochise | AZ | XXX-XXX-2326 | 2017-01-29 | - | - | 157 | 314 | $471,000 | 0 | 0 | $0 | $471,000 |
| 6851832 | Lloyd | Arellano | Mohave | AZ | XXX-XXX-6097 | 2016-10-28 | - | 2006-07-11 | 170 | 340 | $510,000 | 170 | 340 | $510,000 | $1,020,000 |
| 11777232 | Danny | Bashaw | Maricopa | AZ | XXX-XXX-0650 | 2018-09-08 | 2019-01-07 | - | 18 | 36 | $54,000 | 0 | 0 | $0 | $54,000 |
| 11796897 | Sam | Bischof | Maricopa | AZ | XXX-XXX-4764 | 2018-09-20 | 2018-09-21 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 4992610 | Brenda | Booth | Mohave | AZ | XXX-XXX-2027 | 2016-05-23 | - | - | 193 | 386 | $579,000 | 0 | 0 | $0 | $579,000 |
| 4196411 | Christopher | Bouthner | Maricopa | AZ | XXX-XXX-5227 | 2016-03-19 | - | - | 197 | 394 | $591,000 | 0 | 0 | $0 | $591,000 |
| 11325872 | Luis | Campuzano | Pima | AZ | XXX-XXX-1117 | 2018-02-09 | - | - | 103 | 206 | $309,000 | 0 | 0 | $0 | $309,000 |
| 12762463 | Dino | Clark | Maricopa | AZ | XXX-XXX-5544 | 2019-07-07 | - | - | 30 | 60 | $90,000 | 0 | 0 | $0 | $90,000 |
| 6081590 | Patrick | Coco | Pima | AZ | XXX-XXX-1333 | 2016-08-09 | - | - | 182 | 364 | $546,000 | 0 | 0 | $0 | $546,000 |
| 8484033 | Donald | Coover | Maricopa | AZ | XXX-XXX-9792 | 2017-02-16 | 2017-10-10 | 2003-08-30 | 34 | 68 | $102,000 | 34 | 68 | $102,000 | $204,000 |
| 11146254 | Cristian | Corniciuc | Maricopa | AZ | XXX-XXX-6744 | 2017-11-24 | - | 2018-06-08 | 114 | 228 | $342,000 | 86 | 172 | $258,000 | $600,000 |
| 12606231 | brian | Cramer | Maricopa | AZ | XXX-XXX-9368 | 2019-05-25 | 2019-05-26 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 11580225 | Samuel | Ctuz | Maricopa | AZ | XXX-XXX-1380 | 2018-05-19 | 2018-06-23 | - | 5 | 10 | $15,000 | 0 | 0 | $0 | $15,000 |
| 7861079 | Elizabeth | Durgin | Yavapai | AZ | XXX-XXX-5539 | 2017-01-30 | 2018-02-21 | - | 56 | 112 | $168,000 | 0 | 0 | $0 | $168,000 |
| 4821960 | William | Emig | Maricopa | AZ | XXX-XXX-8930 | 2016-05-14 | - | 2004-12-16 | 194 | 388 | $582,000 | 194 | 388 | $582,000 | $1,164,000 |
| 8726216 | Roger | Espinosa | Yavapai | AZ | XXX-XXX-0209 | 2017-02-22 | - | 2003-10-11 | 154 | 308 | $462,000 | 154 | 308 | $462,000 | $924,000 |
| 3691805 | Manuel | Estrella | Pima | AZ | XXX-XXX-5566 | 2016-01-21 | 2017-07-18 | 2018-03-06 | 65 | 130 | $195,000 | 0 | 0 | $0 | $195,000 |
| 4767925 | James | Evans | Maricopa | AZ | XXX-XXX-4445 | 2016-05-09 | - | 2013-03-05 | 195 | 390 | $585,000 | 0 | 0 | $0 | $585,000 |
| 12731521 | Ron | Fuentes | Maricopa | AZ | XXX-XXX-4393 | 2019-06-21 | 2019-06-26 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 12045902 | Leonard | Garcia | Coconino | AZ | XXX-XXX-0157 | 2019-01-07 | 2019-03-11 | - | 9 | 18 | $27,000 | 0 | 0 | $0 | $27,000 |
| 8897080 | Jimmy | Gardner | Pima | AZ | XXX-XXX-0078 | 2017-03-01 | 2017-09-06 | 2012-06-30 | 27 | 54 | $81,000 | 27 | 54 | $81,000 | $162,000 |
| 1742964 | Timothy | Gavin | Maricopa | AZ | XXX-XXX-5280 | 2015-05-11 | - | 2008-10-07 | 197 | 394 | $591,000 | 197 | 394 | $591,000 | $1,182,000 |
| 8590157 | Thomas | Gonzales | Maricopa | AZ | XXX-XXX-1568 | 2017-02-18 | - | 2009-10-17 | 154 | 308 | $462,000 | 154 | 308 | $462,000 | $924,000 |
| 11765202 | Robert | Goold | Pinal | AZ | XXX-XXX-3270 | 2018-08-23 | - | 2019-03-09 | 76 | 152 | $228,000 | 47 | 94 | $141,000 | $369,000 |
| 2443870 | Chris | Grasso | Maricopa | AZ | XXX-XXX-7342 | 2015-07-22 | 2017-07-26 | 2006-01-10 | 66 | 132 | $198,000 | 66 | 132 | $198,000 | $396,000 |
| 11729558 | Michael | Green | Maricopa | AZ | XXX-XXX-9753 | 2018-07-23 | - | - | 80 | 160 | $240,000 | 0 | 0 | $0 | $240,000 |
| 11316299 | Scott | Hall | Maricopa | AZ | XXX-XXX-5816 | 2018-02-06 | - | - | 104 | 208 | $312,000 | 0 | 0 | $0 | $312,000 |
| 10652001 | Scott | Harris | Maricopa | AZ | XXX-XXX-6421 | 2017-07-06 | - | - | 135 | 270 | $405,000 | 0 | 0 | $0 | $405,000 |
| 11741569 | Nathan | Henton | Yavapai | AZ | XXX-XXX-7749 | 2018-08-01 | 2019-06-13 | - | 46 | 92 | $138,000 | 0 | 0 | $0 | $138,000 |
| 11980558 | Michael | Higgans | Pima | AZ | XXX-XXX-1461 | 2018-12-26 | - | - | 58 | 116 | $174,000 | 0 | 0 | $0 | $174,000 |
| 7350425 | Danny | Higgins | Yavapai | AZ | XXX-XXX-8989 | 2017-01-03 | - | 2006-08-19 | 161 | 322 | $483,000 | 161 | 322 | $483,000 | $966,000 |
| 9580579 | Anthony | Howe Jr | Maricopa | AZ | XXX-XXX-4420 | 2017-03-11 | - | 2003-07-01 | 151 | 302 | $453,000 | 151 | 302 | $453,000 | $906,000 |
| 12106540 | Clint | Hughes | Yavapai | AZ | XXX-XXX-2598 | 2019-01-23 | - | - | 54 | 108 | $162,000 | 0 | 0 | $0 | $162,000 |
| 11355699 | Randy | Jenkins | Pima | AZ | XXX-XXX-2144 | 2018-02-21 | 2018-05-04 | 2019-11-09 | 11 | 22 | $33,000 | 0 | 0 | $0 | $33,000 |
| 3130862 | Nicholas | Kardaras | Maricopa | AZ | XXX-XXX-1391 | 2015-10-28 | - | - | 197 | 394 | $591,000 | 0 | 0 | $0 | $591,000 |
| 12716214 | Thomas | Kernan | Pinal | AZ | XXX-XXX-7150 | 2017-02-16 | 2019-10-28 | - | 141 | 282 | $423,000 | 0 | 0 | $0 | $423,000 |
| 11218203 | Geoff | Kidder | Maricopa | AZ | XXX-XXX-1278 | 2017-12-22 | 2018-07-09 | - | 29 | 58 | $87,000 | 0 | 0 | $0 | $87,000 |
| 430670 | Blaine | Konow | Maricopa | AZ | XXX-XXX-6306 | 2014-07-16 | 2017-07-25 | 2015-07-24 | 66 | 132 | $198,000 | 66 | 132 | $198,000 | $396,000 |
| 11596237 | Jean | Kropp | Maricopa | AZ | XXX-XXX-0439 | 2018-05-26 | - | - | 88 | 176 | $264,000 | 0 | 0 | $0 | $264,000 |
| 6692259 | Michael | Kurz | Maricopa | AZ | XXX-XXX-5879 | 2016-10-10 | - | 2009-01-17 | 173 | 346 | $519,000 | 173 | 346 | $519,000 | $1,038,000 |
| 9842678 | Steve | Lambert | Maricopa | AZ | XXX-XXX-1155 | 2017-04-03 | 2019-03-02 | 2010-05-19 | 100 | 200 | $300,000 | 100 | 200 | $300,000 | $600,000 |
| 648641 | Elam | Lamdan | Pima | AZ | XXX-XXX-0091 | 2014-10-19 | - | 2005-01-04 | 197 | 394 | $591,000 | 197 | 394 | $591,000 | $1,182,000 |

Exhibit A - List of Plaintiffs and Computation of Damages

| ProviderID | First Name | Last Name | County | State | PhoneNumber | Messages Started | Unsubscribed On | Do Not Call Registration | ATDS Weeks | ATDS Messages | ATDS Claims | DNCR Weeks | DNCR Messages | DNCR Claims | Total Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5925258 | Joseph | Lewis | Pima | AZ | XXX-XXX-7307 | 2016-07-26 | - | - | 184 | 368 | $552,000 | 0 | 0 | $0 | $552,000 |
| 11903068 | Mike | Lynch | Pima | AZ | XXX-XXX-0073 | 2018-11-29 | - | - | 62 | 124 | $186,000 | 0 | 0 | $0 | $186,000 |
| 5562709 | John | Macy | Santa Cruz | AZ | XXX-XXX-9581 | 2016-06-23 | - | - | 189 | 378 | $567,000 | 0 | 0 | $0 | $567,000 |
| 9521485 | Fernando | Mancilla | Pima | AZ | XXX-XXX-4278 | 2017-03-09 | - | 2004-12-10 | 152 | 304 | $456,000 | 152 | 304 | $456,000 | $912,000 |
| 8921472 | Lisa | Massey | Mohave | AZ | XXX-XXX-5485 | 2017-03-01 | 2019-11-20 | - | 142 | 284 | $426,000 | 0 | 0 | $0 | $426,000 |
| 12166352 | Paul | Mata | Yavapai | AZ | XXX-XXX-5184 | 2019-02-16 | 2019-02-20 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 10582685 | Jackie | Maxey | Maricopa | AZ | XXX-XXX-7074 | 2017-06-28 | 2017-07-06 | - | 2 | 4 | $6,000 | 0 | 0 | $0 | $6,000 |
| 2408151 | David | Mendola | Maricopa | AZ | XXX-XXX-1527 | 2015-07-17 | - | - | 197 | 394 | $591,000 | 0 | 0 | $0 | $591,000 |
| 11991239 | Mark | Miller | Maricopa | AZ | XXX-XXX-4479 | 2018-12-27 | - | - | 58 | 116 | $174,000 | 0 | 0 | $0 | $174,000 |
| 5953231 | Peter | Moore | Maricopa | AZ | XXX-XXX-8864 | 2017-01-28 | 2017-09-28 | - | 35 | 70 | $105,000 | 0 | 0 | $0 | $105,000 |
| 7768488 | James | Mott | Cochise | AZ | XXX-XXX-0642 | 2017-01-28 | 2018-08-27 | - | 83 | 166 | $249,000 | 0 | 0 | $0 | $249,000 |
| 74827 | Jon | Mutka | Maricopa | AZ | XXX-XXX-2438 | 2013-07-18 | - | 2007-10-01 | 197 | 394 | $591,000 | 197 | 394 | $591,000 | $1,182,000 |
| 12327550 | Stephany | Nguyen | Maricopa | AZ | XXX-XXX-2575 | 2019-03-09 | 2019-03-18 | - | 2 | 4 | $6,000 | 0 | 0 | $0 | $6,000 |
| 11103495 | Samuel | Nieblas | Cochise | AZ | XXX-XXX-5271 | 2017-10-23 | - | - | 119 | 238 | $357,000 | 0 | 0 | $0 | $357,000 |
| 4617000 | Jose | Nunez | Maricopa | AZ | XXX-XXX-7857 | 2016-05-05 | 2018-05-05 | - | 105 | 210 | $315,000 | 0 | 0 | $0 | $315,000 |
| 12159223 | Cody | O'Donnell | Gila | AZ | XXX-XXX-2542 | 2019-02-13 | - | - | 51 | 102 | $153,000 | 0 | 0 | $0 | $153,000 |
| 7352900 | James | Oakes | Maricopa | AZ | XXX-XXX-4814 | 2017-01-04 | 2019-12-19 | - | 155 | 310 | $465,000 | 0 | 0 | $0 | $465,000 |
| 8106345 | Daniel | Priedigkeit | Maricopa | AZ | XXX-XXX-8457 | 2017-02-06 | - | 2005-10-25 | 156 | 312 | $468,000 | 156 | 312 | $468,000 | $936,000 |
| 7375092 | Richard | Randall | Maricopa | AZ | XXX-XXX-6644 | 2017-01-07 | 2017-07-24 | - | 29 | 58 | $87,000 | 0 | 0 | $0 | $87,000 |
| 7075404 | Charles | Rankin | Pima | AZ | XXX-XXX-1880 | 2016-11-30 | 2017-10-18 | - | 46 | 92 | $138,000 | 0 | 0 | $0 | $138,000 |
| 11558514 | Michael | Redden | Maricopa | AZ | XXX-XXX-7623 | 2018-05-09 | 2018-05-17 | - | 2 | 4 | $6,000 | 0 | 0 | $0 | $6,000 |
| 7729075 | Keith | Richards | Maricopa | AZ | XXX-XXX-4155 | 2017-01-27 | - | 2005-05-05 | 157 | 314 | $471,000 | 157 | 314 | $471,000 | $942,000 |
| 11228073 | Anthony | Rivera | Maricopa | AZ | XXX-XXX-7324 | 2017-12-27 | 2018-03-17 | - | 12 | 24 | $36,000 | 0 | 0 | $0 | $36,000 |
| 6246417 | Lilach | Rodgers | Yavapai | AZ | XXX-XXX-9002 | 2016-08-29 | - | 2015-11-11 | 179 | 358 | $537,000 | 179 | 358 | $537,000 | $1,074,000 |
| 11808150 | Joseph | Rodriguez-Amay | Maricopa | AZ | XXX-XXX-6072 | 2018-09-28 | - | - | 70 | 140 | $210,000 | 0 | 0 | $0 | $210,000 |
| 7305100 | Robert | Ronquillo | Santa Cruz | AZ | XXX-XXX-5111 | 2016-12-28 | - | - | 162 | 324 | $486,000 | 0 | 0 | $0 | $486,000 |
| 3943300 | Paul | Ryals | Pima | AZ | XXX-XXX-2030 | 2016-02-23 | - | 2003-06-29 | 197 | 394 | $591,000 | 197 | 394 | $591,000 | $1,182,000 |
| 1769296 | Jeremy | Smith | Maricopa | AZ | XXX-XXX-6158 | 2015-05-13 | 2017-08-23 | - | 70 | 140 | $210,000 | 0 | 0 | $0 | $210,000 |
| 12610988 | Josh | Sneed | Maricopa | AZ | XXX-XXX-7255 | 2019-05-26 | - | - | 36 | 72 | $108,000 | 0 | 0 | $0 | $108,000 |
| 12261464 | Lynda | Stack | Maricopa | AZ | XXX-XXX-3936 | 2019-02-27 | 2019-03-03 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 2279230 | Raymond | Sullivan | Pinal | AZ | XXX-XXX-3150 | 2015-06-27 | - | 2003-10-10 | 197 | 394 | $591,000 | 197 | 394 | $591,000 | $1,182,000 |
| 12628021 | Emily | Swank | Maricopa | AZ | XXX-XXX-0252 | 2019-05-29 | 2019-06-13 | - | 3 | 6 | $9,000 | 0 | 0 | $0 | $9,000 |
| 6618399 | Ann | Taylor | Pima | AZ | XXX-XXX-4733 | 2016-10-02 | 2017-08-12 | 2004-12-15 | 45 | 90 | $135,000 | 45 | 90 | $135,000 | $270,000 |
| 3390716 | Aleksandar | Tesanovic | Maricopa | AZ | XXX-XXX-0174 | 2015-11-24 | - | 2011-08-17 | 197 | 394 | $591,000 | 197 | 394 | $591,000 | $1,182,000 |
| 10937307 | Bill | Thompson | Pima | AZ | XXX-XXX-1248 | 2017-08-28 | - | 2007-11-16 | 127 | 254 | $381,000 | 127 | 254 | $381,000 | $762,000 |
| 11822910 | Brandon | Tyler | Yuma | AZ | XXX-XXX-2146 | 2018-10-08 | - | 2019-03-07 | 69 | 138 | $207,000 | 48 | 96 | $144,000 | $351,000 |
| 11575642 | Gheorghe | Vasile | Pima | AZ | XXX-XXX-7505 | 2018-05-17 | 2018-07-02 | - | 7 | 14 | $21,000 | 0 | 0 | $0 | $21,000 |
| 11226195 | Sara | Vega | Pima | AZ | XXX-XXX-5224 | 2017-12-27 | - | - | 110 | 220 | $330,000 | 0 | 0 | $0 | $330,000 |
| 12313605 | Taylor | Warchot | Maricopa | AZ | XXX-XXX-2788 | 2019-03-07 | 2019-03-25 | - | 3 | 6 | $9,000 | 0 | 0 | $0 | $9,000 |
| 11807783 | Jessica | Welshiemer | Maricopa | AZ | XXX-XXX-9737 | 2018-09-27 | 2019-03-30 | - | 27 | 54 | $81,000 | 0 | 0 | $0 | $81,000 |
| 11000322 | Mark | Whited | Pima | AZ | XXX-XXX-5985 | 2017-09-15 | - | 2006-02-03 | 124 | 248 | $372,000 | 124 | 248 | $372,000 | $744,000 |
| 3154407 | Ronald | Wolfson | Yavapai | AZ | XXX-XXX-1111 | 2015-10-30 | 2017-11-04 | 2007-12-28 | 81 | 162 | $243,000 | 81 | 162 | $243,000 | $486,000 |

Exhibit A - List of Plaintiffs and Computation of Damages

| ProviderID | First Name | Last Name | County | State | PhoneNumber | Messages Started | Unsubscribed On | Do Not Call Registration | ATDS Weeks | ATDS Messages | ATDS Claims | DNCR Weeks | DNCR Messages | DNCR Claims | Total Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4556833 | Jamal | Yuldashev | Maricopa | AZ | XXX-XXX-8888 | 2016-04-29 | 2018-02-08 | - | 93 | 186 | $279,000 | 0 | 0 | $0 | $279,000 |
| TOTALS | | | | | | | | | | 16,248 | $24,372,000 | | 7,668 | $11,502,000 | $35,874,000 |

| Legend | |
|---|---|
| First Name | Plaintiff's first name |
| Last Name | Plaintiff's last name |
| County | Plaintiff's county |
| State | Plaintiff's state |
| PhoneNumber | Plaintiff's phone number |
| Messages Started | The approximate date Plaintiff started receiving text messages from GoSmith. If the Message Started date was before Apr 22, 2016, then Apr 22, 2016 is used as the Messages Started Date. |
| Unsubscribed On | The approximate date Plaintiff told GoSmith to stop messaging |
| Do Not Call Registration | The date Plaintiff's phone number was registered on the National Do Not Call Registry |
| ATDS Weeks | The number of weeks Plaintiff has received ATDS messages from Plaintiff. Calculates time between "Messages Started" to "Unsubscribed On"  (If "Unsubscribed On" is blank, then 1/31/2020 is used) |
| ATDS Messages | The number of ATDS weeks * 2. The exact number of messages varies by Plaintiff. The average Plaintiff has received approximately 2 messages per week. |
| ATDS Claims | The number of ATDS messages * $1,500 |
| DNCR Weeks | The number of weeks Plaintiff received messages while on the Do Not Call Registry. Calculates time between "Messages Started" to "Unsubscribed On." (If "Unsubscribed On" is blank, then 1/31/2020 is used) |
| DNCR Messages | The number of DNCR weeks * 2. The exact number of messages varies by Plaintiff. The average Plaintiff has received approximately 2 messages per week. |
| DNCR Claims | The number of DNCR messages * $1,500 |
| Total Claims | The ATDS Claims + the DNCR Claims |