Stephanie Lucero (State Bar No. 035210)
Rebecca Evans (Pro Hac Vice to be submitted)
**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Phone: (385) 233-6612 ext. 3152
stephanielucero@lawhq.com
rebecca@lawhq.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Samuel Nieblas, et al,**<br><br>        Plaintiffs,<br><br>v.<br><br>**Porch.com Inc.,** a Delaware corporation;<br>**GoSmith Inc.** a Delaware corporation;<br>**Matthew Ehrlichman**, CEO and co-founder of Porch.com Inc. and CEO of GoSmith, Inc., in his individual capacity; **Brenton Marrelli**, CEO and co-founder of GoSmith Inc., in his individual capacity; and **Darwin Widjaja,** CTO and co-founder of GoSmith Inc. and VP of Porch.com Inc., in his individual capacity,<br><br>        Defendants | Civil Case No.:<br><br>**DECLARATION OF THOMAS ALVORD IN SUPPORT OF PLAINTIFFS' COMPLAINT** |

I, Thomas Alvord, declare:

1.      I am a member in good standing of the Utah bar, and a partner with LawHQ, LLC which represents Plaintiffs in the above-captioned action. I submit this

declaration in support of Plaintiffs' Complaint. I have personal knowledge of the matters set forth below and, if called to testify to them, could do so competently.

2.      Attached hereto as Exhibit B is a true and correct copy of the information GoSmith scraped and stored for Plaintiff Samuel Nieblas. Exhibit B was accessed January 27, 2020 at

www.gosmith.com/ws/handler.ashx?serviceName=Providers&pid=11103495. The information GoSmith stored for the other 10 million+ contractors that GoSmith scraped includes the same fields of data. In Exhibit B you can see, inter alia, the following information:

    i.      On line 1 there is the ProviderID for Nieblas, which is 11103495.

    ii.      On line 2 there is Nieblas's company name, which is Sam's General Contracting.

    iii.      On the next few lines there is the address, phone, and email for Nieblas.

    iv.      On line 15 there is the field called URL, which indicates the website of Nieblas. This is null which means GoSmith never knew or visited Nieblas's website.

    v.      On line 17 there is a field called CreatedDate, which shows the date when GoSmith first scraped and stored the information of each contractor. Nieblas has a CreatedDate of October 23, 2017.

    vi.      Further down shows where GoSmith scraped and obtained Nieblas's information. GoSmith obtained Nieblas's information by scraping: http://www.yellowpages.com/sierra-vista-az/mip/sams-general-contracting-540798396?lid=540798396

    vii.      On the 13th to last line there is the field TermsAccepted. For contractors who accepted GoSmith's Terms of Service—which is

where GoSmith had language that users consented to receive automated text messages— this field is set to: true. In the case of Nieblas, however, the TermsAccepted field is null, which means Nieblas never agreed to GoSmith's terms.

    viii.   On the fourth to last line there is the field PorchMigrationState, which shows if a contractor's information was migrated to Porch.com.

    ix.   On the second to last line there is the field PorchCompanyID, which shows the id for company's migrated to Porch.com's system.

3.    Attached hereto as Exhibit E is a true and correct copy of four leads that GoSmith sent to contractors. The lead in the first example was from 2015, and the source was "Craigslist-Inbound-Lead." Starting 2017 and onward when Porch.com acquired GoSmith, virtually all of the leads had a source of Porch. To illustrate this, the last three leads in this exhibit are from November 21, 2019. They are UserIDs 5400001, 5400002, and 5400003. The Source for all of these leads is "PorchSharedLeads." The information for these leads was accessed on January 31, 2020 and was publicly available at:

Example 1:

www.gosmith.com/ws/Handler.ashx?serviceName=users&uid=430102,

Example 2:

www.gosmith.com/ws/Handler.ashx?serviceName=users&uid=5400001

Example 3:

www.gosmith.com/ws/Handler.ashx?serviceName=users&uid=5400002

Example 4:

www.gosmith.com/ws/Handler.ashx?serviceName=users&uid=5400003

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of April 2020 in Lee's Summit, Missouri.


_____
Thomas Alvord