Stephanie Lucero (State Bar No. 035210)
**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Phone: (385) 233-6612 ext. 3152
stephanielucero@lawhq.com

*Attorney for Plaintiffs listed below*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Samuel Nieblas, et al,**<br><br>     Plaintiffs,<br><br>v.<br><br>**Porch.com Inc.,** a Delaware corporation; **GoSmith Inc.** a Delaware corporation; **Matthew Ehrlichman**, CEO and co-founder of Porch.com Inc. and CEO of GoSmith, Inc., in his individual capacity; **Brenton Marrelli**, CEO and co-founder of GoSmith Inc., in his individual capacity; and **Darwin Widjaja,** CTO and co-founder of GoSmith Inc. and VP of Porch.com Inc., in his individual capacity,<br><br>     Defendants | Civil Case No.:<br>4:20-cv-00171-EJM<br><br>**NOTICE OF DEFENDANT'S WAIVER OF SERVICE**<br><br>Judge: Eric J. Markovich |

    Plaintiffs respectfully provide notice of Defendants' Waiver of Service which is attached herewith. Plaintiffs requested waiver of service on April 22, 2020 under Fed. R. Civ. P. 4(d)(1). Defendants waived service, and under Fed. R. Civ. P. 4(d)(3) now have "60 days after the request was sent" to "serve an answer," or until Sunday June 21, 2020.

1

Thus, under Fed. R. Civ. P. 6(a)(1)(C), Defendants' responsive pleadings are due on Monday June 22, 2020.

Date: June 9th, 2020                          Respectfully submitted,


                                             /s/ *Stephanie Lucero*
                                             Stephanie Lucero


                                             *Attorney for Plaintiffs, listed below*

| | | |
|---|---|---|
| Samuel Nieblas | James Evans | Thomas Kernan |
| Omhar Acuna | Ron Fuentes | Geoff Kidder |
| Lloyd Arellano | Leonard Garcia | Blaine Konow |
| Danny Bashaw | Jimmy Gardner | Jean Kropp |
| Sam Bischof | Timothy Gavin | Michael Kurz |
| Brenda Booth | Thomas Gonzales | Steve Lambert |
| Christopher Bouthner | Robert Goold | Elam Lamdan |
| Luis Campuzano | Chris Grasso | Joseph Lewis |
| Dino Clark | Michael Green | Mike Lynch |
| Patrick Coco | Scott Hall | John Macy |
| Donald Coover | Scott Harris | Fernando Mancilla |
| Cristian Corniciuc | Nathan Henton | Lisa Massey |
| Brian Cramer | Michael Higgans | Paul Mata |
| Samuel Ctuz | Danny Higgins | Jackie Maxey |
| Elizabeth Durgin | Anthony Howe Jr | David Mendola |
| William Emig | Clint Hughes | Mark Miller |
| Roger Espinosa | Randy Jenkins | Peter Moore |
| Manuel Estrella | Nicholas Kardaras | James Mott |
| Jon Mutka | Lilach Rodgers | Bill Thompson |
| Stephany Nguyen | Joseph Rodriguez-Amay | Brandon Tyler |
| Jose Nunez | Robert Ronquillo | Gheorghe Vasile |
| Cody O'Donnell | Paul Ryals | Sara Vega |
| James Oakes | Jeremy Smith | Taylor Warchot |
| Daniel Priedigkeit | Josh Sneed | Jessica Welshiemer |
| Richard Randall | Lynda Stack | Mark Whited |
| Charles Rankin | Raymond Sullivan | Ronald Wolfson |
| Michael Redden | Emily Swank | Jamal Yuldashev |
| Keith Richards | Ann Taylor | |
| Anthony Rivera | Aleksandar Tesanovic | |

## CERTIFICATE OF SERVICE

I certify that on the 9th day of June, 2020, I served a true and correct copy of the foregoing Notice of Waiver to the following by CM/ECF, and email.

MANATT, PHELPS & PHELPS, LLP
Christine M. Reilly
Danielle Newman
Alex Krasovec
Kristin Haule
Paul Heeringa
11355 Olympic Blvd.
Los Angeles, CA 60064
Email: CReilly@manatt.com

Email: DNewman@manatt.com
Email: AKrasovec@manatt.com
Email: KHaule@manatt.com
Email: PHeeringa@manatt.com

*Attorneys for Defendants Porch.com, GoSmith Inc., Matthew Ehrlichman, Brenton Marrelli, and Darwin Widjaja*

Date: June 9, 2020

/s/ *Stephanie Lucero*
Stephanie Lucero

*Attorney for Plaintiffs listed above*