Stephanie Lucero (Arizona Bar No. 035210)
Robert Larson (Arizona Bar No. 022218)
**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Phone: (385) 233-6612 ext. 3152
Email: stephanie.lucero@lawhq.com
Email: robert.larson@lawhq.com

*Attorneys for Plaintiffs listed below*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Nieblas et al, | CASE: CV-20-00171-TUC-EJM |
| Plaintiffs, | HON. Eric J. Markovich |
| vs. | |
| Porch.com Incorporated et al, | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| Defendants. | |

The undersigned attorney, Stephanie Lucero, ("Counsel") requests that this Honorable court enter an Order permitting the undersigned to withdraw as attorney of record on this case and from further representation of Plaintiffs. In support thereof, the undersigned states as follows.

1. Grounds for withdrawal exist under Arizona Rules of Professional Conduct 1.16(a)(1) and A.R.S. § 41-191(B).

2. On March 16, 2020, Counsel entered into an "Of Counsel" agreement with LawHQ, LLC to provide local counsel in the above-captioned case.

3. On May 27, 2020, Counsel accepted a position representing the State of Arizona

1

as an Assistant Attorney General at the Arizona Office of the Attorney General with employment beginning in late July 2020.

4. The above-described matter constitutes an irreconcilable conflict and requires mandatory withdrawal. [1]

5. The instant motion has been filed at the early stages of the Plaintiffs' case, and withdrawal can be accomplished without any material adverse effect on the interests of the Plaintiffs.

6. Attorney Robert Larson filed a Notice of Appearance in this case on June 10, 2020, and will serve as counsel for Plaintiffs.

7. Plaintiffs will receive communication of the status of their case by new counsel.

Based on the foregoing, Counsel respectfully requests this Honorable Court grant this Motion to Withdraw as Attorney of Record for the Plaintiffs listed below. A proposed Order is submitted contemporaneously herewith.

RESPECTFULLY SUBMITTED this 17th day of June, 2020.

/s/ *Stephanie Lucero*
Stephanie Lucero, Esq. #035210

*Attorney for Plaintiffs, listed below*

---

[1] "The attorney general and his assistants shall devote full time to the duties of the office and shall not directly or indirectly engage in the private practice of law..." A.R.S. § 41-191(B); "a lawyer shall not represent a client, or where representation has commenced, shall withdraw from the representation of a client if the representation will result in violation of the Rules of Professional Conduct or other law." Ariz. R. Prof'l. Cond. 1.16(a)(1).

Samuel Nieblas
Omhar Acuna
Lloyd Arellano
Danny Bashaw
Sam Bischof
Brenda Booth
Christopher Bouthner
Luis Campuzano
Dino Clark
Patrick Coco
Donald Coover
Cristian Corniciuc
Brian Cramer
Samuel Ctuz
Elizabeth Durgin
William Emig
Roger Espinosa
Manuel Estrella
Jon Mutka
Stephany Nguyen
Jose Nunez
Cody O'Donnell
James Oakes
Daniel Priedigkeit
Richard Randall
Charles Rankin
Michael Redden
Keith Richards
Anthony Rivera
James Evans
Ron Fuentes
Leonard Garcia
Jimmy Gardner
Timothy Gavin
Thomas Gonzales
Robert Goold
Chris Grasso
Michael Green
Scott Hall
Scott Harris
Nathan Henton
Michael Higgans
Danny Higgins

Anthony Howe Jr
Clint Hughes
Randy Jenkins
Nicholas Kardaras
Lilach Rodgers
Joseph Rodriguez-Amay
Robert Ronquillo
Paul Ryals
Jeremy Smith
Josh Sneed
Lynda Stack
Raymond Sullivan
Emily Swank
Ann Taylor
Aleksandar Tesanovic
Thomas Kernan
Geoff Kidder
Blaine Konow
Jean Kropp
Michael Kurz
Steve Lambert
Elam Lamdan
Joseph Lewis
Mike Lynch
John Macy
Fernando Mancilla
Lisa Massey
Paul Mata
Jackie Maxey
David Mendola
Mark Miller
Peter Moore
James Mott
Bill Thompson
Brandon Tyler
Gheorghe Vasile
Sara Vega
Taylor Warchot
Jessica Welshiemer
Mark Whited
Ronald Wolfson
Jamal Yuldashev

**CERTIFICATE OF SERVICE**

I certify that on the 17th day of June, 2020, I served a true and correct copy of the foregoing Motion to Withdraw as Attorney of Record to the following by CM/ECF, and email.

Robert Larson
robert.larson@lawhq.com
*Attorney for Plaintiffs*

Christine M. Reilly
Danielle Newman
Alex Krasovec
Kristin Haule
Paul Heeringa
11355 Olympic Blvd.
Los Angeles, CA 60064
Email: CReilly@manatt.com
Email: DNewman@manatt.com
Email: AKrasovec@manatt.com
Email: KHaule@manatt.com
Email: PHeeringa@manatt.com
*Attorneys for Defendants*


Date: June 17, 2020                              /s/ Stephanie Lucero
                                                 Stephanie Lucero
                                                 *Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Samuel Nieblas et al, | CASE: CV-20-00171-TUC-EJM |
| Plaintiffs, | HON. Eric J. Markovich |
| vs. | |
| Porch.com Incorporated et al, | **ORDER** |
| Defendants. | |

Under Stephanie Lucero's *Motion to Withdraw as Attorney of Record*, with good cause appearing, it is hereby ORDERED:

Stephanie Lucero is withdrawn as Attorney of Record for Plaintiffs Samuel Nieblas et al, in the above-captioned case.

SO ORDERED this _____ day of _____ 2020.

_____
Honorable Eric J. Markovich
United States District Judge