Robert Lynn Larson (State Bar No. 022218)
Rebecca Evans (Pro Hac Vice to be submitted)
**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Phone: (385) 233-6612 ext. 3152
robertlarson@lawhq.com
rebecca@lawhq.com

*Attorneys for Plaintiffs listed below*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Samuel Nieblas, et al,**<br><br>Plaintiffs,<br><br>v.<br><br>**Porch.com Inc.,** a Delaware corporation; **GoSmith Inc.** a Delaware corporation; **Matthew Ehrlichman**, CEO and co-founder of Porch.com Inc. and CEO of GoSmith, Inc., in his individual capacity; **Brenton Marrelli**, CEO and co-founder of GoSmith Inc., in his individual capacity; and **Darwin Widjaja,** CTO and co-founder of GoSmith Inc. and VP of Porch.com Inc., in his individual capacity,<br><br>Defendants | Civil Case No.: 4:20-cv-00171-TUC-RCC (EJM)<br><br>**OBJECTION TO DEFENDANTS' NOTICE OF SUPPLEMETAL AUTHORITY**<br><br>Judge: Raner C. Collins<br>Magistrate Judge: Eric J. Markovich |

Plaintiffs object to Defendants' Notice of Supplemental Authority. Most significantly, the ruling cited by Defendants is not binding authority in this jurisdiction. Respectfully, Plaintiffs request that the Court make its own independent ruling instead of relying on Defendants' citation to the Idaho court's ruling. While the ruling is from a related case, it suffers from substantial deficiencies which render

it insignificant. The ruling is ripe for reconsideration and appeal, which Plaintiffs have undertaken.

The Idaho ruling is based on mistakes of law and fact. Should the Court find it necessary to consider the ruling, Plaintiffs respectfully request the opportunity to submit a concise brief explaining why the ruling 1) is legally and procedurally problematic, and 2) does not comport with either precedent or statutory law.

Plaintiffs respectfully ask that the Court reject Defendants' Notice of Supplemental Authority, or in the alternative, grant Plaintiffs the opportunity to brief the ruling's serious deficiencies.

Date: September 9, 2020                                  Respectfully submitted,


                                                        /s/ *Robert Lynn Larson*
                                                        Robert Lynn Larson (State Bar No. 022218)

                                                        /s/ *Rebecca Evans*
                                                        Rebecca Evans (PHV, Utah #16846)


                                                        *Attorneys for Plaintiffs, listed below*


| | | |
|---|---|---|
| Samuel Nieblas | James Evans | Thomas Kernan |
| Omhar Acuna | Ron Fuentes | Geoff Kidder |
| Lloyd Arellano | Leonard Garcia | Blaine Konow |
| Danny Bashaw | Jimmy Gardner | Jean Kropp |
| Sam Bischof | Timothy Gavin | Michael Kurz |
| Brenda Booth | Thomas Gonzales | Steve Lambert |
| Christopher Bouthner | Robert Goold | Elam Lamdan |
| Luis Campuzano | Chris Grasso | Joseph Lewis |
| Dino Clark | Michael Green | Mike Lynch |
| Patrick Coco | Scott Hall | John Macy |
| Donald Coover | Scott Harris | Fernando Mancilla |
| Cristian Corniciuc | Nathan Henton | Lisa Massey |
| Brian Cramer | Michael Higgans | Paul Mata |
| Samuel Ctuz | Danny Higgins | Jackie Maxey |
| Elizabeth Durgin | Anthony Howe Jr | David Mendola |
| William Emig | Clint Hughes | Mark Miller |
| Roger Espinosa | Randy Jenkins | Peter Moore |
| Manuel Estrella | Nicholas Kardaras | James Mott |
| Jon Mutka | Lilach Rodgers | Bill Thompson |
| Stephany Nguyen | Joseph Rodriguez-Amay | Brandon Tyler |

2

| | | |
|---|---|---|
| Jose Nunez | Robert Ronquillo | Gheorghe Vasile |
| Cody O'Donnell | Paul Ryals | Sara Vega |
| James Oakes | Jeremy Smith | Taylor Warchot |
| Daniel Priedigkeit | Josh Sneed | Jessica Welshiemer |
| Richard Randall | Lynda Stack | Mark Whited |
| Charles Rankin | Raymond Sullivan | Ronald Wolfson |
| Michael Redden | Emily Swank | Jamal Yuldashev |
| Keith Richards | Ann Taylor | |
| Anthony Rivera | Aleksandar Tesanovic | |

## CERTIFICATE OF SERVICE

I certify that on the 9th day of September, the above **OBJECTION TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** was electronically filed and served on all counsel of record in the above-entitled matter via the Court's CM/ECF filing service.

Dated: September 9, 2020          Respectfully submitted,

/s/ *Robert Lynn Larson*
Robert Lynn Larson (AZ #022218)

/s/ *Rebecca Evans*
Rebecca Evans (PHV, Utah #16846)

*Attorneys for Plaintiffs listed above*