Robert Lynn Larson (#022218)
Rebecca Evans (PHV UT #16846)
**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Phone: (385) 233-6612 ext. 3152
robertlarson@lawhq.com
rebecca@lawhq.com

*Attorneys for Plaintiffs*

John M. O'Neal (#015945)
Benjamin C. Nielsen (#029689)
**QUARLES & BRADY LLP**
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004
Telephone: 602.229.5200
Email: John.ONeal@quarles.com
Email: Benjamin.Nielsen@quarles.com

Christine M. Reilly (pro hac vice forthcoming)
Alexandra N. Krasovec (pro hac vice forthcoming)
Kristin E. Haule (pro hac vice forthcoming)
**MANATT, PHELPS & PHILLIPS, LLP**
2049 Century Park East, Suite 1700
Los Angeles, California  90067
Telephone:   310.312.4000
Facsimile:   310.312.4224
Email: CReilly@manatt.com
Email: AKrasovec@manatt.com
Email: KHaule@manatt.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Nieblas, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>Porch.com Inc., a Delaware corporation; GoSmith Inc., a Delaware corporation, Matthew Ehrlichman, CEO and co-founder of Porch.com Inc. and CEO of GoSmith Inc., in his individual capacity; Brenton | No. 4:20-cv-00171-TUC-RCC (EJM)<br>**STIPULATION TO DISMISS**<br><br>Judge: Eric J. Markovich |

-1-

Marrelli, CEO and co-founder of GoSmith Inc., in his individual capacity; and Darwin Widjaja, CTO and co-founder of GoSmith Inc. and VP of Porch.com Inc., in his individual capacity,

Defendants.

Acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action give notice of this Stipulation, which disposes of Plaintiffs' claims in the above-captioned case.

The parties, through counsel, have stipulated and agreed to consolidate this and other related matters by amending *Dawson et al v. Porch.com Inc. et al*, case #2:20-cv-00604, W.D. Washington, to include Plaintiffs and their claims against Defendants. Pursuant to J. Lasnik's Order on November 24, 2020 [ECF #35] granting the parties' stipulated motion to amend in that case, the parties stipulate that this matter shall be dismissed without prejudice, with each party is to bear its own attorney's fees and costs.

Date: January 14, 2021                    Respectfully submitted,

/s/ *Robert Lynn Larson*
Robert Lynn Larson (#022218)

/s/ *Rebecca Evans*
Rebecca Evans (PHV, UT #16846)

**LawHQ, LLC**
*Attorneys for Plaintiffs, listed below*

/s/ *John M. O'Neal*
John M. O'Neal

**Quarles & Brady LLP**

-2-

/s/ *Kristin E. Haule*
Kristin E. Haule (*PHV forthcoming*)

**Manatt, Phelps & Phillips, LLP**
*Attorneys for Defendants Porch.com Inc.,*
*GoSmith Inc., Matthew Ehrlichman, Brenton*
*Marrelli, and Darwin Widjaja*

**PLAINTIFFS**

| | | |
|---|---|---|
| Samuel Nieblas | James Evans | Thomas Kernan |
| Omhar Acuna | Ron Fuentes | Geoff Kidder |
| Lloyd Arellano | Leonard Garcia | Blaine Konow |
| Danny Bashaw | Jimmy Gardner | Jean Kropp |
| Sam Bischof | Timothy Gavin | Michael Kurz |
| Brenda Booth | Thomas Gonzales | Steve Lambert |
| Christopher Bouthner | Robert Goold | Elam Lamdan |
| Luis Campuzano | Chris Grasso | Joseph Lewis |
| Dino Clark | Michael Green | Mike Lynch |
| Patrick Coco | Scott Hall | John Macy |
| Donald Coover | Scott Harris | Fernando Mancilla |
| Cristian Corniciuc | Nathan Henton | Lisa Massey |
| Brian Cramer | Michael Higgans | Paul Mata |
| Samuel Ctuz | Danny Higgins | Jackie Maxey |
| Elizabeth Durgin | Anthony Howe Jr | David Mendola |
| William Emig | Clint Hughes | Mark Miller |
| Roger Espinosa | Randy Jenkins | Peter Moore |
| Manuel Estrella | Nicholas Kardaras | James Mott |
| Jon Mutka | Lilach Rodgers | Bill Thompson |
| Stephany Nguyen | Joseph Rodriguez-Amay | Brandon Tyler |
| Jose Nunez | Robert Ronquillo | Gheorghe Vasile |
| Cody O'Donnell | Paul Ryals | Sara Vega |
| James Oakes | Jeremy Smith | Taylor Warchot |
| Daniel Priedigkeit | Josh Sneed | Jessica Welshiemer |
| Richard Randall | Lynda Stack | Mark Whited |
| Charles Rankin | Raymond Sullivan | Ronald Wolfson |
| Michael Redden | Emily Swank | Jamal Yuldashev |
| Keith Richards | Ann Taylor | |
| Anthony Rivera | Aleksandar Tesanovic | |

## CERTIFICATE OF SERVICE

I certify that on the date set forth below, the above **Stipulation to Dismiss** was electronically filed and served on all counsel of record in the above-entitled matter via the Court's CM/ECF filing service.

Dated: January 14, 2021

Respectfully submitted,

/s/ *Robert Lynn Larson*
Robert Lynn Larson (AZ #022218)

 /s/ *Rebecca Evans*
Rebecca Evans (PHV, Utah #16846)

*Attorneys for Plaintiffs listed above*