# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Nieblas, et al., | No. CV-20-00171-TUC-RCC (EJM) |
| Plaintiffs, | **ORDER** |
| v. | |
| Porch.com Incorporated, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation, and for good cause shown, it is ordered that this matter is dismissed without prejudice, with each party bearing its own attorneys' fees and costs.

Dated this 14th day of January, 2021.

_____
Honorable Raner C. Collins
Senior United States District Judge